In re HUDSON. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) In the matter of the estate of John T. Hudson, deceased. Motion denied.